# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154505

KIM METHNER and CONNIE METHNER,
  Plaintiffs-Appellees,

v

             SC: 154505
             COA: 326781
             Midland CC: 12-009082-CH

VILLAGE OF SANFORD,
  Defendant/Cross-Defendant-
  Appellant,

and

MID-VALLEY AGENCY, INC.,
  Defendant/Cross-Plaintiff-
  Appellee,

and

MALLEY CONSTRUCTION, INC.,
  Defendant.
_____/

   On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk

d0912